**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ImageFIRST Holdings LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Banner Health, et al.,<br><br>　　　　　Defendants. | No. CV-25-03256-PHX-JAT<br><br>**ORDER** |

On October 28, 2025, the Court issued the following Order (in relevant part):

> The complaint in this case was filed on September 4, 2025. On October 24, 2025, Plaintiff filed a motion to seal the complaint because it contains, "commercially sensitive information…includ[ing] pricing and terms that ImageFIRST maintains as confidential…. These prices and terms…may vary from customer to customer." (Doc. 9 at 2)….
> 　　Applying the "compelling reasons" standard articulated in *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006), the Court finds that Plaintiff has shown compelling reasons to seal the prices and terms, only. *See Pardi v. Tricida, Inc.*, No. 21-CV-00076-HSG, 2023 WL 6165694, at *2 (N.D. Cal. Sept. 21, 2023) (applying the "compelling reasons" standard when considering whether to seal a complaint and collecting cases). However, "Requests to seal must be narrowly tailored." *Fate Therapeutics, Inc. v. Shoreline Bioscis., Inc.*, Case No. 22-cv-0676-H-MSB, 2023 WL 2520923, at * 1 (S.D. Cal. Feb. 22, 2023)….
> 　　Here, Plaintiff seeks to seal the entire complaint. The Court finds such request is not narrowly tailored to the items for which sealing is warranted. Therefore,…Plaintiff may refile the motion if Plaintiff simultaneously files a public, redacted version of the complaint which redacts only prices and terms.

(Doc. 10).

Plaintiff has refiled the motion to seal the complaint (Doc. 11), and has filed a public facing, redacted version of the complaint (Doc. 12). Plaintiff has represented that the

1  public facing version of the complaint redacts only information that Plaintiff keeps
2  confidential for commercial purposes. The Court finds Plaintiff has shown compelling
3  reasons to seal (only) this information. *See In re Elec. Arts, Inc.,* 298 F. App'x 568, 570
4  (9th Cir. 2008) (allowing information that is a trade secret to be sealed).

   Therefore,

   **IT IS ORDERED** that the motion to seal (Doc. 11) is granted. The Clerk of the Court shall seal Doc. 1 (only).

   Dated this 31st day of October, 2025.

   */s/ James A. Teilborg*
   James A. Teilborg
   Senior United States District Judge